# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINE JENSEN,<br><br>                Plaintiff,<br><br>vs.<br><br>THOMAS F. CHRISTENSEN, et al.,<br><br>                Defendants. | Case No. 2:13-cv-02220-APG-VCF<br><br>**ORDER** |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Early Neutral Evaluation Conference, currently scheduled for February 14, 2014, at 9:30 a.m., before the undersigned, is **VACATED** and **CONTINUED** to **March 18, 2014, at 1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements currently due February 7, 2014, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., March 11, 2014.**

Dated this 30th day of January, 2014.

_____
Peggy A. Leen
United States Magistrate Judge