1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada Bar No. 002003
   610 South Ninth Street
3  Las Vegas, Nevada 89101
   (702) 386-0536; Fax: (702) 386-6812
4  Attorney for Defendants

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF NEVADA

7  KRISTINE JENSEN,                    Case No.    2:13-cv-2220-RFB-VCF

8          Plaintiff,

9  vs.

10 CHRISTENSEN LAW OFFICES, LLC, a
   Domestic Limited Liability Company doing
11 business in Nevada; THOMAS F.
   CHRISTENSEN, an individual; DOES 1
12 through X, and ROE BUSINESS ENTITIES
   I through X, inclusive,
13
           Defendants.
14 _____/

15      **STIPULATION AND ORDER TO DISMISS THE ABOVE-CAPTIONED
                        MATTER WITH PREJUDICE**
16

17         Plaintiff, KRISTINE JENSEN (hereafter "Plaintiff"), and Defendants, CHRISTENSEN LAW

18 OFFICES, LLC, and THOMAS F. CHRISTENSEN (hereafter "Defendants"), by and through their

19 respective counsel, do hereby and respectfully request an order dismissing the entire action with

20 prejudice.

21         Each party shall bear their own fees and costs, including but not limited to attorneys' fees and

22 costs, incurred in connection with the claims dismissed by this Stipulation and Order.

23 Dated this ___19th___ day of June, 2015.        Dated this ___19th___ day of June, 2015.

24 LAW OFFICES OF DANIEL MARKS              LAW OFFICES OF STEVEN J. PARSONS

25 /s/ Teletha L. Zupan                     /s/ Andrew Rempfer
   Daniel Marks, Esq.                       Steven J. Parsons, Esq.
26 Nevada State Bar No. 002003              Nevada State Bar No. 000363
   Teletha L. Zupan, Esq.                   Andrew Rempfer, Esq.
27 Nevada State Bar No. 12660               Nevada State Bar No. 008628
   610 South Ninth Street                   7201 West Lake Mead Blvd., Ste. 108
28 Las Vegas, Nevada 89101                  Las Vegas, Nevada 89128
   Attorney for Defendants                  Attorneys for Plaintiff

## ORDER

BASED upon the foregoing stipulation and good cause appearing;

IT IS SO ORDERED.

DATED this <u>1st</u> day of <u>July</u>, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE